IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IVORY DEVEREAUX,

    Plaintiff,

v.

MICHAEL ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

    Defendant.
                                    /

No. C 09-02141 WHA

**ORDER TO SHOW CAUSE**

       Having reviewed the case file, the Court notes that the answer to the complaint was filed on September 2, 2009. Pursuant to Civil Local Rule 16-5, plaintiff should have filed a motion for summary judgment within 30 days.

       The Court hereby issues an **ORDER TO SHOW CAUSE** why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. If plaintiff fails to file a written response to this order to show cause by **NOVEMBER 6, 2009**, the case shall be dismissed for failure to prosecute.

      **IT IS SO ORDERED.**

Dated: October 20, 2009.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE